UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CIVIL MINUTES

**Case No.:** 3:16-cv-444  **At:** Knoxville, TN  **Date:** August 28, 2017

**Style:** Orellana v. Cartagena

**Present Before**: Honorable C. Clifford Shirley, Jr., United States Magistrate Judge

| Rachel Stone | Rebekah Lockwood | Ashley Arnold |
| --- | --- | --- |
| **Courtroom Deputy** | **Court Reporter** | **Law Clerk** |

Ryan Burgett
Jennifer Ziegenhorn                     Wade Davies
**Attorneys for Plaintiff**                **Attorneys for Defendant**

**Proceedings:** The Court held a telephonic pretrial conference. The parties identified the potential witnesses for the proceeding scheduled for Thursday. The Court also discussed the technical aspects of having witnesses appear by video conference. The Court asked counsel for the Plaintiff to file a response to Doc. [49] Motion to Appoint Expert by Fiama Magdalena Velasquez Cartagena on August 29, 2017. The parties advised they would continue to test the process of connecting with the Court by video conference.

**Time:** 10:30 a.m.  **to**  11:20 a.m.